**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02127-CMA-CBS

ROBERT SCHWARTZ,

      Plaintiff,

v.

PAULA FRANTZ, M.D., Chief Medical Officer of the
    Colorado Department of Corrections, and
ARISTEDES W. ZAVARAS, Executive Director of the
    Colorado Department of Corrections,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the Defendants. If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to

Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED:  September __17__, 2009

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-02127-CMA-CBS

Robert Schwartz
Prisoner No. 60801
CTCF
PO Box 1010
Cañon City, CO 81215-1010

Paula Frantz, and Aristedes Zavaras – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Paula Frantz, and Aristedes Zavaras: COMPLAINT FILED 09/08/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _9/18/09_ .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk