IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 09-cv-02127-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 16, 2010 | Courtroom Deputy: Ellen E. Miller |

*Parties:*  *Counsel:*

ROBERT SCHWARTZ, Pro Se (by telephone)
#60801

    Plaintiff,

v.

PAULA FRANTZ, M.D., and  Jennifer S. Huss
ARISTEDES W. ZAVARAS,

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises for consideration :
Defendants' Motion to Dismiss Complaint,
Plaintiff's Motion to Add, Amend and Supplement His Previously Filed 28 U.S.C. 1983[sic] Complaint,
Plaintiff's Motion for Extension of Time to File Reply Brief (Response as to Defendants' Motion to Dismiss Complaint),
and Plaintiff's Motion for Discovery of Plaintiffs Medical Records and Copies Thereof at No Cost to Plaintiff, and Only to be Used for Submission to This Court.

**It is ORDERED:**     PLAINTIFF'S MOTION TO ADD, AMEND AND SUPPLEMENT HIS PREVIOUSLY FILED 28 U.S.C. 1983[sic] COMPLAINT [Docket No. **15**, Filed November 25, 2009] is **GRANTED** for reasons as set forth on the record.
    Plaintiff shall have to and including **MAY 17, 2010** to file his proposed Amended Complaint.

09-cv-02127-CMA-CBS
Motions Hearing
April 16, 2010

**It is ORDERED:**   Defendants' MOTION TO DISMISS COMPLAINT [Docket No. **12**, Filed November 20, 2009] is **DENIED** without prejudice for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF (RESPONSE AS TO DEFENDANTS' MOTION TO DISMISS COMPLAINT) [Docket No. **21**, Filed March 19, 2010] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff'S MOTION FOR DISCOVERY OF PLAINTIFFS MEDICAL RECORDS AND COPIES THEREOF AT NO COST TO PLAINTIFF, AND ONLY TO BE USED FOR SUBMISSION TO THIS COURT [Docket No. **22**, Filed March 19, 2010 ] is **DENIED** for reasons as set forth on the record.

HEARING CONCLUDED.

**Court in recess**:   10:22   a.m.
Total time in court:   00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.