IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02127-CMA-CBS

ROBERT SCHWARTZ,
    Plaintiff,
v.

PAULA FRANTZ, M.D., Chief Medical Officer of the Colorado Department of Corrections, and
ARISTEDES W. ZAVARAS, Executive Director of the Colorado Department of Corrections,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Schwartz' "Amended Complaint, Pursuant to Order of the Honorable Magistrate Judge, Craig B. Shaffer of April 16, 2010" (filed May 14, 2010) (doc. # 27). Pursuant to the Order of Reference dated April 28, 2009 (doc. # 17), this matter was referred to the Magistrate Judge.

At the hearing held on April 16, 2010, the court permitted Mr. Schwartz to file his proposed Amended Complaint on or before May 17, 2010. (*See* Courtroom Minutes/Minute Order (doc. # 26)). On May 14, 2010, Mr. Schwartz filed his purported Amended Complaint, wherein Mr. Schwartz seeks to "add, supplement and amend his original complaint . . . and incorporate and make part of such previously filed complaint this present pleading . . . ."

Mr. Schwartz' proposed amendment does not comply with the court's order. Mr. Schwartz has added Defendants to the caption, including unknown persons. There is

1

no provision in the Federal Rules of Civil Procedure for the naming of unknown parties in a lawsuit. *See* Fed. R. Civ. P. 10(a). Further, Mr. Schwartz has only sketchily described what he wishes to add to his complaint and has not submitted a copy of a complete Amended Complaint in a single document.

The court may deny a motion to amend a complaint for failure to submit the proposed amended pleading. *See Lambertson v. Utah Dept. of Corrections*, 79 F.3d 1024, 1029 (10th Cir. 1996) (district court did not abuse its discretion in denying plaintiff's motion to amend for failure to provide a copy of the proposed amended pleading, among other things); *Bownes v. City of Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion); *Brown v. Harris*, 2006 WL 3833938 at * 2 (D. Colo. Dec. 28, 2006) (concluding "that it is entirely appropriate to require Plaintiff to set forth all of his original and supplemental allegations and claims in a single document") (citation omitted).[1] Accordingly,

IT IS ORDERED that:

1. Mr. Schwartz' "Amended Complaint, Pursuant to Order of the Honorable Magistrate Judge, Craig B. Shaffer of April 16, 2010" (filed May 14, 2010) (doc. # 27) is STRICKEN.

2. **Mr. Schwartz may file a complete Amended Complaint in a single**

---

[1] Copies of unpublished decisions cited are attached to this Recommendation.

**document on or before June 20, 2010**.

DATED at Denver, Colorado this 20th day of May, 2010.

BY THE COURT:


 s/ Craig B. Shaffer
United States Magistrate Judge